AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| United States of America<br>v.<br>**JOHN AARON FAVRO**<br>*Defendant* | )<br>)  Case No. 2:19mj469 DBP<br>)<br>)<br>) |

**SEALED ORIGINAL**

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*  JOHN AARON FAVRO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and 846 - Distribution of Fentanyl and Conspiracy to Distribute Fentanyl

Date: _____

*Issuing officer's signature*

City and state:  Salt Lake City, Utah

Dustin B. Pead, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 07/03/19, and the person was arrested on *(date)* 07/08/19
at *(city and state)*  Salt Lake City, UT

Date: 07/09/19

*Arresting officer's signature*

B. Corbitt DUSM
*Printed name and title*